# REQUIRED STATEMENT
## TO ACCOMPANY ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) **Dorothy J. Knight**  Case No. **19-13496** Chapter **13**
All Cases: Name of Moving Creditor **Ally Financial** Date Case Filed **May 9, 2019**

Nature of Relief Sought: ☒ Lift Stay  ☐ Annul Stay  ☐ Other (describe) ____

Chapter 13: Date of Confirmation Hearing ____ or Date Plan Confirmed **November 19, 2019**

Chapter 7:  ☐ No-Asset Report Filed on ____
            ☐ No-Asset Report not Filed, Date of Creditors Meeting ____

1. Collateral
   a. ☐ Home ____
   b. ☒ Car  Year, Make and Model **2014 BUICK LACROSSE VIN:1G4GB5G33EF152800**
   c. ☐ Other ____

2. Balance Owed as of Petition Date $ **21,200.87**
   Total of all other Liens against Collateral $ ____

3. Attach a payment history, or list the months post-petition for which full payment from the debtor was not Received: **May 2019 through July 2020**

4. Estimated Value of Collateral (must be supplied in all cases) $**11,600.00**

5. Default
   a. ☐ Pre-Petition Default
      Number of months ____   Amount $ ____
   b. Post-Petition Default
      ☒ On direct payments to the moving creditor
         Number of months **May 2019 through July 2020**   Amount $ **6,899.40, which amount includes attorney fees and costs of $681.00**
      ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ____   Amount $ ____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362 (d)(1)
      i.   ☒ No insurance ____
      ii.  ☐ Taxes unpaid ____   Amount $ ____
      iii. ☒ Rapidly depreciating asset ____
      iv.  ☐ Other (describe) ____
   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)
   c. Other "Cause" § 362 (d)(1)
      i.   ☐ Bad Faith ____
      ii.  ☐ Multiple filings
      iii. ☐ Other (describe) ____
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm  ii. ☐ Redeem  iii. ☐ Surrender  iv. ☐ No Statement of Intention Filed

Date: **August 21, 2020**                    /s/ James M. Philbrick
(Rev. 6/1/09)                                Counsel for **Ally Financial**