UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-13496 |
| DOROTHY J. KNIGHT, ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Carol A. Doyle | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER ON DEBTOR'S MOTION TO MODIFY PLAN**

THIS MATTER coming to be heard on the motion of the Debtor to modify the plan,

IT IS HEREBY ORDERED that the motion is granted as follows:

1. The debtor's plan payment default is deferred to the end of her Chapter 13 plan.

2. The debtor's plan term is extended to 84 months pursuant to the CARES Act.

3. The debtor's plan payment amount is reduced to $1,150.00 per month.

4. The debtor's plan base will remain the same.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: April 06, 2021

**Prepared by:**

Jeffrey A. Soufal, ARDC #6227155
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100